**Order entered March 8, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00169-CR

**MANUEL FINO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F16-30419-Y**

## ORDER

Before the Court is the State's March 6, 2018 second motion to extend time to file its brief. We **GRANT** the motion and **ORDER** the State's brief due on or before March 12, 2018.

/s/    CRAIG STODDART
       JUSTICE